UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OSVALDO SANCHO MARTINEZ,

        Petitioner,

    v.

Case No. 2:26-cv-849-KCD-NPM

WARDEN OF FLORIDA SOFT
SIDE SOUTH DETENTION
CENTER, IN HIS/HER OFFICIAL
CAPACITY;  UNITED STATES
DEPARTMENT OF HOMELAND
SECURITY (DHS),  UNITED
STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

        Respondents,

                                        /

## **ORDER**

Petitioner Osvaldo Sancho Martinez filed this habeas action to contest his immigration detention. (Doc. 1.) His petition was denied (Doc. 14), and Martinez is now asking the Court to reconsider its decision (Doc. 16.) For the reasons below, his request is **DENIED**.

Reconsideration of a previous order is an extraordinary remedy to be employed sparingly. "Only a change in the law, or the facts upon which a decision is based, will justify a reconsideration of a previous order." *Sussman v. Salem, Saxon & Nielsen, P.A.*, 153 F.R.D. 689, 694 (M.D. Fla. 1994). Martinez does not claim an intervening change in controlling law or the

underlying facts. Nor has he shown any legal error. As best the Court can tell, Martinez is pressing the same arguments already rejected. But "a motion for reconsideration does not provide an opportunity to simply reargue an issue the Court has once determined." *Am. Ass'n of People With Disabilities v. Hood*, 278 F. Supp. 2d 1337, 1340 (M.D. Fla. 2003).

**ORDERED** in Fort Myers, Florida on May 29, 2026.

Kyle C. Dudek
United States District Judge

2